### PINE LUMBER COMPANY *v.* COVINGTON COUNTY.

APPEAL. *Circuit court. Judgment on demurrer.*

An appeal does not lie from the judgment of the circuit court over ruling a demurrer to a declaration.

FROM the circuit court of Covington county.

HON. JOHN R. ENOCHS, Judge.

Covington county, the appellee, was plaintiff in the court below; the lumber company, the appellant, was defendant there. The defendant undertook to appeal from the judgment of the court below overruling its demurrer to plaintiff's declaration.

*R. L. & E. S. Dent,* for appellant.

*Livingston & McLaurin,* for appellee.

TRULY, J., delivered the opinion of the court.

This is an appeal attempted to be taken from a judgment of a circuit court overruling a demurrer to a declaration. The appeal does not lie. Code 1892, § 697, provides that "if the demurrer of the defendant to a declaration be overruled, the court shall give judgment for the plaintiff" unless the defendant make oath that he has a good and substantial defense, in which event the case proceeds to final judgment upon the plea of the defendant.

*The appeal is dismissed.*